Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
*jalberts@wwhgd.com*
Daniela LaBounty, Esq.
Nevada Bar No. 13169
*dlabounty@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT MCCANDLESS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, LLC, and/or INC., a foreign business entity, DOE BILLBOARD INSTALLER, I-X, a Nevada Business entity that installed the subject billboard, inclusive; and ROE CORPORATIONS I-, inclusive<br><br>Defendants. | Case No.   2:24-cv-02142-APG-MDC<br><br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant Clear Channel Outdoor, LLC, hereby substitutes Jeremy Alberts and Daniela LaBounty of the law firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 6385 South Rainbow Blvd., Ste. 400, Las Vegas, Nevada 89118, Tel: (702) 398-3838, jalberts@wwhgd.com dlabounty@wwhgd.com, as counsel of record in place of Michael Hetey and Aileen Cohen of the law firm Thorndal Armstrong, PC, 600 South Las Vegas Blvd., Suite 400, Las Vegas, Nevada 89101.

1

1  I consent to the above substitution:

2  DATED: June 16th, 2025          **CLEAR CHANNEL OUTDOOR, LLC**

3

4                                       */s/ Debra Sirower*
                                     Debra Sirower

5                                       Vice President Litigation
                                     Clear Channel Outdoor

6

7  *E-sig authorization attached.

8  I consent to the above substitution:

9  DATED: June 16th, 2025          **THORNDAL ARMSTRONG, PC**

10

11                                     */s/Michael C. Hetey*
                                    MICHAEL C. HETEY, ESQ.

12                                     Nevada Bar No. 5668

13                                     THORNDAL ARMSTRONG, PC
                                    600 S. Las Vegas Boulevard,

14                                     Suite 400
                                    Las Vegas, Nevada 89101

15

16 *E-sig authorization attached.

17 I consent to the above substitution:

18 DATED: June 16th, 2025          **THORNDAL ARMSTRONG, PC**

19

20                                     */s/Aileen E. Cohen*
                                    AILEEN E. COHEN, ESQ.

21                                     Nevada Bar No. 5263

22                                     THORNDAL ARMSTRONG, PC
                                    600 S. Las Vegas Boulevard,

23                                     Suite 400
                                    Las Vegas, Nevada 89101

24

25 *E-sig authorization attached.

26 I am duly admitted to practice in this District. I consent to the above

27 substitution.

28 / / /

1    I am duly admitted to practice in this District. I consent to the above
2 substitution.

3 DATED: June 16th, 2025                    **WEINBERG, WHEELER,**
4                                            **HUDGINS, GUNN & DIAL, LLC**

6                                            */s/ Jeremy R. Alberts*
                                             Jeremy R. Alberts, Esq.
7                                            Nevada Bar No. 10497
                                             WEINBERG, WHEELER, HUDGINS,
8                                            GUNN & DIAL, LLC
                                             6385 S. Rainbow Blvd.,
9                                            Suite 400
                                             Las Vegas, Nevada 89118

10 Please check one: √ RETAINED, or _____ APPOINTED BY THE COURT.

12   I am duly admitted to practice in this District. I consent to the above
13 substitution.

14 DATED: June 16th, 2025                    **WEINBERG, WHEELER,**
15                                           **HUDGINS, GUNN & DIAL, LLC**

17                                           */s/ Daniela LaBounty*
                                             Daniela LaBounty, Esq.
18                                           Nevada Bar No. 13169
                                             WEINBERG, WHEELER, HUDGINS,
19                                           GUNN & DIAL, LLC
                                             6385 S. Rainbow Blvd.,
20                                           Suite 400
                                             Las Vegas, Nevada 89118

22 Please check one: √ RETAINED, or _____ APPOINTED BY THE COURT.

24             **APPROVED:**

26             _____
               Hon. Maximiliano D. Couvillier III
27             United States Magistrate Judge
28             DATED: 6/24/2025

3