Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
jalberts@wwhgd.com
Daniela LaBounty, Esq.
Nevada Bar No. 13169
dlabounty@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT MCCANDLESS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, LLC., and/or INC., a foreign business entity, DOE BILLBOARD INSTALLER, I-X, a Nevada Business entity that installed the subject billboard, inclusive; and ROE CORPORATIONS I-, inclusive<br><br>Defendants. | Case No.   2:24-cv-02142-APG-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Albert McCandless ("Plaintiff") and Defendant Clear Channel Outdoor, LLC ("Defendant") by and through their respective counsel, hereby stipulate, pursuant to FRCP 41 that the above-captioned action and any and all claims asserted by Plaintiff and Defendant in said captioned action are hereby **DISMISSED WITH PREJUDICE.**

All parties are to bear their own costs, fees, and expenses hereto.

//

//

//

1

**IT IS SO AGREED AND STIPULATED.**

DATED this _6_ day of February, 2026.

JONES WILSON, LLP

By: _/s/_ _____
JUSTIN L. WILSON, ESQ.
Nevada Bar No. 7560
1522 W. Warm Springs Rd., Suite 100
Henderson, NV 89014
*Attorney for Plaintiff*

DATED this _6th_ day of February, 2026

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

By: _/s/ Daniela LaBounty, Esq._
Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
Daniela LaBounty, Esq.
Nevada Bar No. 13169
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*

IT IS SO ORDERED:

Dated: February 10, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2